## Commonwealth *v.* Mathews, Appellant.

Before Lewis, J., without a jury.

Argued November 15, 1974. *George Patterson, Jr.,* for appellant; *Nicholas P. Brenlove,* with him *Robert L. Eberhardt,* Assistant District Attorney, *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth, Appellant, *v.* McKetta.

Before Smith, Jr., J.

Argued November 14, 1974. *Robert L. Campbell,* Assistant District Attorney, with him *Robert L. Eberhardt,* Assistant District Attorney, *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellant; *Dennis J. Clark,* with him *Thomas A. Livingston,* for appellee.

Order affirmed.